UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GEOFFREY BEENE, INC.

    Plaintiff,

        v.

ALLEGIANCE APPAREL GROUP, LLC.

    Defendant.
------------------------------------------------------------x



**Rule 7.1 Statement**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record certifies that Geoffrey Beene, Inc. has no publicly held corporate parents, subsidiaries or affiliates.

Dated: New York, New York
       November 1, 2007

FROMMER LAWRENCE & HAUG LLP

By: _____
    William S. Frommer (WF-6009)
    James K. Stronski (JS-4883)
    745 Fifth Avenue
    New York, New York 10151
    (212) 588-0800

Attorneys for Plaintiff
GEOFFREY BEENE, INC.