UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| GEOFFREY BEENE, INC., | Civil Action No. |
| Plaintiff, | 07 CIV 9714 (GBD) |
| -against- | **NOTICE OF APPEARANCE OF PAUL B. CARBERRY** |
| ALLEGIANCE APPAREL GROUP, LLC., | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Paul B. Carberry of the law firm of White & Case LLP hereby enters his appearance as counsel for Defendant Allegiance Apparel Group, LLC. in the above-captioned action.

I certify that I am admitted to practice in this Court and respectfully request that I be served all pleadings and other documents related to this case at the contact information identified below:

WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 819-8113
pcarberry@whitecase.com

Dated: November 16, 2007            WHITE & CASE LLP

By: /s/ Paul B. Carberry (PC-0339)

Attorneys for Defendant
Allegiance Apparel Group, LLC

NEWYORK 6364708 (2K)