UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GEOFFREY BEENE, INC.,

                Plaintiff,

-against-

ALLEGIANCE APPAREL GROUP, LLC.,

                Defendant.

------------------------------------------------------------x

Civil Action No.

07 CIV 9714 (GBD)

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT**

      WHEREAS the undersigned counsel agree that the time within which Defendant Allegiance Apparel Group, LLC. shall answer or otherwise respond to the Complaint dated November 1, 2007 should be extended; and

      WHEREAS no prior requests for extensions of time have been made; and

      WHEREAS, the Plaintiff and Defendant respectfully submit that extending Defendant's time to answer or respond to the Complaint from November 21, 2007 to December 6, 2007 will not unduly delay these proceedings;

      IT IS HEREBY STIPULATED AND AGREED that Defendant shall answer or otherwise respond to the Complaint by December 6, 2007.

Dated: November 16, 2007

Respectfully submitted,

William S. Frommer (WF-6069)
James K. Stronski (JS-4883)

FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York 10151
(212) 588-0800

Attorneys for Plaintiff Geoffrey Beene, Inc.

NEWYORK 6362570 (2K)

_[signature]_
Paul B. Carberry (PC-0339)
Joshua Dick (JD-5754)

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200

Attorneys for Defendant Allegiance Apparel Group, LLC.

NOV 2 0 2007

SO ORDERED this ____ day of November, 2007

_[signature]_
Hon. George B. Daniels
   HON. GEORGE B. DANIELS