UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
GEOFFREY BEENE, INC.
vs.
Defendant
ALLEGIANCE APPAREL GROUP, LLC

Case No.: 07 CIV 9714
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on __11-9-07__

I, ERIC RUBIN, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Nov 9 2007 4:00PM, I executed service of SUMMONS AND COMPLAINT; EXHIBITS; CIVIL COVER SHEET; RULE 7.1 STATEMENT; ORDER RESCHEDULING AND INITIAL PRETRIAL CONFERENCE; INDIVIDUAL PRACTICES OF DISTRICT JUDGE GEORGE D. DANIEL; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW; SNDY 3RD AMENDED INSTRUCTION; ECF PROCEDURES; ECF GUIDELINES on ALLEGIANCE APPAREL GROUP, LLC at 1599 POST Road E, WESTPORT, Fairfield County, CT 06880

By Personal Service to: DAVID SWEEDLER, PRESIDENT, A white male approx. 45-55 years of age 6'0"-6'2" in height weighing 240-260 lbs with brown hair

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____   Execute on Nov 12, 2007
ERIC RUBIN, HARTFORD, CT

State of Connecticut County of __Hartford__
Subscribed and sworn to before me, a Notary public on Nov 12, 2007

_____
Notary Public   8 31 2009
FOR: FROMMER LAWRENCE & HAUG, LLP

Order No. 5011988 SEA

## RETURN OF SERVICE

| SERVICE OF SUMMONS AND COMPLAINT | Date 11/9/07 @ 4:00 p.m |
|---|---|
| Name of Server (print) ERIC RUBIN | Title PRIVATE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
  1599 Post Road E., Westport, CT

o Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

o Returned unexecuted: _____

o Other (specify): DAVID SWEEDLER, PRESIDENT ACCEPTED SERVICE

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-19-07
           Date

Signature of Server
9 Beaumont Street, East Hartford, CT
Address of Server