USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 0 6 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEOFFREY BEENE, INC.,

                Plaintiff,

-against-

ALLEGIANCE APPAREL GROUP, LLC.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No.

07 CIV 9714 (GBD)

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT**

    WHEREAS the parties to this dispute and the undersigned counsel are exploring resolution of the claims asserted in this dispute; and

    WHEREAS the undersigned counsel agree that the time within which Defendant Allegiance Apparel Group, LLC. shall answer or respond to the Complaint dated November 1, 2007 should be extended in order to allow discussions concerning resolution of this dispute to further develop; and

    WHEREAS one prior request for an extension of time was made on November 16, 2007, extending the time to answer or respond to the Complaint from November 21, 2007 to December 6, 2007; and

    WHEREAS, the Plaintiff and Defendant respectfully submit that extending Defendant's time to answer or respond to the Complaint from December 6, 2007 to December 10, 2007 will not unduly delay these proceedings;

    IT IS HEREBY STIPULATED AND AGREED that Defendant shall answer or otherwise respond to the Complaint by December 10, 2007.

NEWYORK 6388153 (2K)

Respectfully submitted,

Dated: December 5, 2007

William S. Frommer (WF-6009)
James K. Stronski (JS-4883)

FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York 10151
(212) 588-0800

Attorneys for Plaintiff Geoffrey Beene, Inc.

Paul B. Carberry (PC-0339)
Joshua Dick (JD-5754)

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200

Attorneys for Defendant Allegiance Apparel Group, LLC.

SO ORDERED this ___ day of December, 2007

Hon. George B. Daniels
DEC 0 6 2007

**HON. GEORGE B. DANIELS**