UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
GEOFFREY BEENE, INC.,  :  07 CIV 9714 (GBD) (AJP)
       Plaintiff,  :
       v.  :  **RULE 7.1 DISCLOSURE STATEMENT**
ALLEGIANCE APPAREL GROUP, LLC,  :
       Defendant.  :
------------------------------------------------------- x

CORPORATE DISCLOSURE STATEMENT

    Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Allegiance Apparel Group, LLC. states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: December 11, 2007
       New York, New York

       /s/ Paul B. Carberry
       Paul B. Carberry (PC-0339)
       Joshua Dick (JD-5754)

       WHITE & CASE LLP
       1155 Avenue of the Americas
       New York, New York 10036-2787

       Attorneys for Defendant
       Allegiance Apparel Group, LLC.