UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

GEOFFREY BEENE, INC.

    Plaintiff,

          v.

ALLEGIANCE APPAREL GROUP, LLC.

    Defendant.

------------------------------------x

07 Civ 9714 (GBD)

### [PROPOSED] SCHEDULING ORDER

After consultation with counsel for all parties, the following scheduling order, pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, is adopted.

1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be exchanged on **January 15, 2008**.

2. An initial pretrial conference will be held on **January 24, 2008 at 9:30 a.m.**

3. Requests for the production of documents, interrogatories and requests to admit and deposition notices may be served on or after **December 21, 2007**.

4. No additional parties may be joined after **February 15, 2008**.

5. No amendment to the pleadings will be permitted after **February 15, 2008**.

6. All fact discovery shall be commenced in time to be completed by **March 21, 2008**.

1

00511376

7. Any expert witness shall be identified and an expert report served by **April 11, 2008**, and any rebuttal expert witness shall be identified and an expert report served by April 25, 2008. All expert discovery shall be commenced in time to be completed by **May 9, 2008**.

8. Dispositive motions are to be served no later than **June 13, 2008**. Answering papers are to be served within 14 days.

9. A final pretrial conference will be held on **August 14, 2008** at 9:30 a.m or four (4) weeks after final decision on all dispositive motions, whichever is later.

10. The Joint Pretrial Order shall be filed no later than **July 17, 2008** or three (3) weeks after final decision of all dispositive motions, whichever is later. The requirements for the pretrial order and other pretrial submissions shall be governed by the Courts individual Rules of Practice.

11. **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

12. The parties shall be **ready for trial** on 48 hours notice on or after **August 21, 2008**. The estimate trial time for 3 days, and this is a jury trial.

13. The Next Case Management Conference will be held on May 15, 2008 at 9:30 a.m.

Dated: _____
New York, New York

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge

Dated: January 8, 2008

FROMMER LAWRENCE & HAUG LLP

By: _____
William S. Frommer (WF-6009)
James K. Stronski (JS-4883)
745 Fifth Avenue
New York, New York 10151
(212) 588-0800

Attorneys for Plaintiff

Dated: January 8, 2008

WHITE & CASE LLP

By: _____
Paul B. Carberry (PC-0339)
Joshua Dick (JD-5754)
1155 Avenue of Americas
New York, New York, 10036

Attorneys for Defendant

3

00511376