UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: ___MAY 1 3 2008
```

------------------------------------------------x

GEOFFREY BEENE, INC.

    Plaintiff,

           v.

ALLEGIANCE APPAREL GROUP, LLC.

    Defendant.

------------------------------------------------x

07 Civ 9714 (GBD) (AJP)

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsels for Plaintiff Geoffrey Beene, Inc. and Defendant Allegiance Apparel Group, LLC that

all claims be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii). Each party shall

bear its own costs and fees.

FROMMER LAWRENCE & HAUG LLP

William S. Frommer (WF 6009)
James K. Stronski (JS 4883)
Magali S. Rozenfeld (MR 2411)
745 Fifth Avenue
New York, New York 10151
Telephone:    212-588-0800

*Attorneys for Geoffrey Beene, Inc.*

WHITE & CASE LLP

Paul B. Carberry (PC 0339)
Joshua Dick (JD 5754)
1155 Avenue of the Americas
New York, NY 10036
Telephone:    212-819-8200

*Attorneys for Defendant Allegiance Apparel
Group, LLC.*

Windsong v GBI (Exh A - Stipulation of Dismissal) (2)

SO ORDERED this  day of          , 2008.

GEORGE B. DANIELS
United States District Judge

HON. GEORGE B. DANIELS